# \UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,

v.

LARRY HART,

                      Defendant.

Case No. 22-CR-175-JPS

**ORDER**

---

On September 13, 2022, the Grand Jury returned a two-count Indictment charging Defendant with violating 18 U.S.C. § 1343. ECF No. 1. On December 28, 2022, the parties filed a plea agreement, indicating that Defendant intended to plead guilty to both counts of the Indictment. ECF No. 10.[1]

The parties appeared before Magistrate Judge Dries on January 30, 2023 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 15. Defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

---

[1] The parties filed a second plea agreement on January 9, 2023, ECF No. 12, that is identical in all respects to the originally-filed plea agreement except it labels the attachment.

Magistrate Judge Dries thereafter filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 16. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 16, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 15th day of February, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge